IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA,**

vs.                                                               CASE NO. 4:05cr39-SPM/WCS

**DONNELL ALEXANDER SMITH,**

    **Defendant.**

    _____/

## O R D E R

The Government has given notice that it will appeal the order setting conditions of release. Accordingly, it is **ORDERED** that the order setting conditions of release is **STAYED** until Judge Mickle has determined that appeal.

**DONE AND ORDERED** on September 16, 2005.

    s/   William C. Sherrill, Jr.
    **WILLIAM C. SHERRILL, JR.**
    **UNITED STATES MAGISTRATE JUDGE**