IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                               CASE NO.: 4:05-cr-39-SPM/WCS

DONNELL ALEXANDER SMITH,

     Defendant.
_____/

### ORDER DENYING MOTION TO MODIFY UNDER 18 U.S.C. § 3582

This cause comes before the Court on Defendant's motion (doc. 101) to modify sentence under the retroactive crack cocaine amendment (Amendment 706) and 18 U.S.C. § 3582(c). The Government filed a response in opposition (doc. 102).

Upon review, the Court finds that Defendant is not entitled to a sentence reduction because application of the guideline amendment results in no change to his sentencing range. Defendant was subject to a statutory mandatory minimum sentence, which also determined his sentencing range. Because Defendant's sentencing range remains the same under the amended guidelines, he is not eligible for a reduction. Accordingly, it is ORDERED AND ADJUDGED that motion (doc. 101) to modify sentence is denied.

DONE AND ORDERED this <u>seventh</u> day of July, 2009.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge