IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

vs.                                          CASE NO.: 4:05-CR-39-SPM

DONNELL ALEXANDER SMITH,

        Defendant.

_____/

## ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION

**THIS CAUSE** comes before the Court upon the Defendant's "Motion for Reconsideration" (doc. 105) filed on July 31, 2009. Defendant requests a reconsideration of the Court's Order (doc. 103) denying the Defendant's earlier motion to reduce his sentence (doc. 101). Upon consideration it is

**ORDERED AND ADJUDGED** that the Plaintiff's Motion for Reconsideration (doc. 105) is hereby *denied*.

**DONE AND ORDERED** this <u>fifth</u> day of August, 2009.

                                         *s/ Stephan P. Mickle*
                                         Stephan P. Mickle
                                         Chief United States District Judge