IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                            CASE NO.: 4:05-cr-39-SPM/WCS

DONNELL ALEXANDER SMITH,

    Defendant.
_____/

## ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY

This cause comes before the Court on Defendant's Notice of Appeal (doc. 141) which the Court construed as a motion for a certificate of appealability and to appoint counsel (doc. 146). For the following reasons, the motion will be denied.

A defendant seeking a certificate of appealability must make a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The standard is met if the defendant can show that reasonable jurists could differ as to the resolution of the case either on the merits or as to any plain procedural bar. Slack v. McDaniel, 529 U.S. 473, 484 (2000). Defendant has not made such a showing. The Order denying Defendant's motion to modify his sentence under 18 U.S.C. § 3582(c) (doc. 140) addresses Defendant's request and concludes that because Defendant was subject to a

statutory mandatory minimum sentence, the recent guideline amendment results in no change to his sentencing range.  Therefore, he is not entitled to a sentence reduction.  This issue does not deserve encouragement to appeal.

Furthermore, there is no statutory or constitutional right to counsel for § 3582(c)(2) proceedings to reduce a sentence under guideline amendments. United States v. Webb, 565 F.3d 789, 794 (11th Cir. 2009).  There are no issues that warrant a certificate of appealability in this matter, and certainly not the appointment of counsel.  Accordingly, it is

ORDERED AND ADJUDGED that the Notice of Appeal (doc. 141) construed as a motion for certificate of appealability and to appoint counsel (doc. 146) is **denied**.

DONE AND ORDERED this 15th day of February, 2012.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge